IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SIMS, | No. C06-04489 MJJ |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| MARTIN VEAL, WARDEN, | |
| Defendant. | |

Before the Court is Respondent's Application for Enlargement of Time to File Response (Docket No. 14.)  The Court finds that this is Respondent's fourth request for an extension of time. The Court further finds that Respondent's Application offers only a tepid showing of good cause as required by Civil L.R. 6-3(a).  The Court, however, **GRANTS** the Application.  Respondent shall have one week from the entry of this Order to file a Response.

**IT IS SO ORDERED.**

Dated: September 17, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE